1  Neville L. Johnson (SBN 66329)
2  Douglas L. Johnson (SBN 209216)
   Alyson C. Decker (SBN 252384)
3  JOHNSON & JOHNSON LLP
   439 North Canon Drive, Suite 200
4  Beverly Hills, California 90210
   Telephone:  (310) 975-1080
5  Facsimile:   (310) 975-1095
6  Email:      njohnson@jjllplaw.com
               djohnson@jjllplaw.com
7              adecker@jjllplaw.com

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT
10
11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED EAGLE ENTERTAINMENT, LLC, a California limited liability company; and MANETHEREN, LLC, a California limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>BANDERSNATCH GROUP, INC., a South Carolina corporation; HARRIET P. MCDOUGAL, an individual; and DOES 1through 20, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-1038<br><br>Assigned for all Purposes to:<br>Hon. Stephen V. Wilson<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE SECOND, THIRD, AND FOURTH CAUSES OF ACTION CONTAINED IN PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Complaint Filed: Feb. 12, 2015<br><br>Date:   Monday, April 27, 2015<br>Time:   1:30 p.m.<br>Courtroom 6<br><br>[Filed concurrently herewith Defendants' Motion to Dismiss, Defendants' Request for Judicial Notice, and [Proposed] Order] |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 27, 2015, at 1:30 p.m., in Courtroom 6 of the United States Courthouse located at 312 North Spring Street, Los Angeles, CA 90012, Defendants Bandersnatch Group, Inc. and Harriet P. McDougal, shall and hereby do move, jointly and severally, for an order dismissing three of the causes of action contained in Plaintiffs Red Eagle Entertainment, LLC's and Manetheren, LLC's Complaint herein on the grounds set forth in Defendants' Motion to Dismiss the Second, Third, and Fourth Causes of Action Contained in Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).

Defendants bring this motion pursuant to Federal Rules of Civil Procedure Rule 12(b)(6). This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 10, 2015.

This motion to dismiss is based on this Notice of Motion, the Memorandum of Points and Authorities filed concurrently herewith, the Request for Judicial Notice filed concurrently herewith, and upon such other and further oral and documentary evidence and argument as may be presented to the Court at the time of the hearing.

DATED: March 19, 2015                    **JOHNSON & JOHNSON LLP**

                                         By  _____/s/ Neville L. Johnson_____
                                             Neville L. Johnson
                                             Douglas L. Johnson
                                             Alyson C. Decker
                                             Attorneys for Defendants