1    Neville L. Johnson (SBN 66329)
2    James T. Ryan (SBN 210515)
     Jordanna G. Thigpen (SBN 232642)
3    JOHNSON & JOHNSON LLP
     439 North Canon Drive, Suite 200
4    Beverly Hills, California 90210
     Telephone:   (310) 975-1080
5    Facsimile:   (310) 975-1095
6    Email:       njohnson@jjllplaw.com
                  jryan@jjllplaw.com
7                 jthigpen@jjllplaw.com

8    *Attorneys for Defendants*

9                    UNITED STATES DISTRICT COURT

10              FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12   RED EAGLE ENTERTAINMENT, LLC,            Case No.: 2:15-cv-1038
     a California limited liability company; and
13   MANETHEREN, LLC, a California            Assigned for all Purposes to:
     limited liability company;               Hon. Stephen V. Wilson
14

15          Plaintiffs,                       **STIPULATED APPLICATION
                                              FOR ORDER TO MOVE
16          vs.                               HEARING DATE FOR
                                              DEFENDANTS' MOTION TO
17                                            DISMISS**
     BANDERSNATCH GROUP, INC., a
18   South Carolina corporation; HARRIET P.   Complaint Filed: Feb. 12, 2015
     MCDOUGAL, an individual; and DOES
19   1through 20, inclusive,                  Date:    Monday, April 27, 2015
                                              Time:    1:30 p.m.
20          Defendants.                       Courtroom 6
21

22

23

24

25

26

27

28

1      Plaintiffs Red Eagle Entertainment, LLC, and Manetheren, LLC ("Plaintiffs")

2  and Defendants Bandersnatch Bandersnatch Group, Inc. and Harriet P. McDougal

3  ("Defendants," and collectively with Plaintiffs, the "Parties,") hereby stipulate and

4  agree to move the hearing date for the pending Motion to Dismiss from June 1,

5  2015 to July 20, 2015 at 1:30 PM.  Alternatively, the Parties are also available on

6  July 27, 2015.

7      The Parties have now engaged in two mediation sessions with the Hon. Louis

8  M. Meisinger (Ret.) and plan to continue meeting to resolve their claims.  The

9  Parties hope to resolve their claims efficiently and with as little burden to the Court

10  as possible.

11      Accordingly, the parties respectfully request that the hearing date of June 1,

12  2015 for the motion to dismiss be vacated and rescheduled to July 20, 2015, or in

13  the alternative, July 27, 2015.

14

15  DATED: May 15, 2015            **JOHNSON & JOHNSON LLP**

16

17                                      By

18                                        Neville L. Johnson

19                                        James T. Ryan
                                      Jordanna G. Thigpen

20                                        *Attorneys for Defendants*

21

22

23  DATED: May 15, 2015            **FREUND & BRACKEY LLP**

24

25                                      By

26                                          Jonathan D. Freund

27                                        *Attorneys for Plaintiffs*

28